MAURICE PERELES, Appellant, *v.* THE ROCHESTER GERMAN INSURANCE COMPANY OF ROCHESTER, N. Y. Respondent.

*Pereles* v. *Rochester German Ins. Co.,* 94 App. Div. 614, affirmed.
(Argued February 7, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 28, 1904, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Vernon Cole* and *Moses Shire* for appellant.

*Joseph W. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.